

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 1 7 2021

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:21-CR- 19 |
| V. | § | JUDGES Kernodle/Love |
| | § | |
| AARON NASHAUN WILLIAMS | § | Filed Under Seal |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

Violation: 18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(False Statement During the Purchase of a
Firearm)

On or about November 25, 2020, in the Eastern District of Texas, defendant

**Aaron Nashaun Williams**, in connection with the purchase of a firearm, to wit: a

Beretta, model 92FS, .9mm caliber pistol, from First Cash Pawn, a licensed dealer of

firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false and fictitious written statement to First Cash Pawn, which statement was

intended and likely to deceive First Cash Pawn as to a fact material to the lawfulness of

such acquisition of the said firearm by the defendant under Chapter 44 of Title 18, in that

**Aaron Nashaun Williams** represented that he had not been previously convicted of a

misdemeanor crime of domestic violence when in fact he was convicted of Assault

Family Violence, a misdemeanor crime of domestic violence, in the County Court at Law

#2 of Smith County, Texas, in cause number 002-85212-06, on January 12, 2007.

In violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

Indictment - Page 1 of 4

## COUNT TWO

Violation: 18 U.S.C. § 922(g)(9)
(Prohibited Person in Possession of Firearms)

On or about December 10, 2020, in the Eastern District of Texas, defendant

**Aaron Nashaun Williams**, did knowingly possess, in or affecting interstate or foreign

commerce, firearms, to wit:

1.  a Beretta, model 92FS, 9mm caliber pistol;

2.  a Hi-Point (Haskell MFG), model JHP, .45 caliber pistol; and

3.  a Star Arms, model SA, 9mm caliber pistol;

while knowing he had been convicted of a misdemeanor crime of domestic violence,

specifically: Assault Family Violence, in the County Court at Law #2 of Smith County,

Texas, in cause number 002-85212-06, on January 12, 2007.

In violation of 18 U.S.C. § 922(g)(9).

Indictment - Page 2 of 4

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 18 U.S.C. §§ 924(d)(1), 3665 and 28 U.S.C. § 2461(c)

As a result of committing the offense(s) alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c) all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

1. a Beretta, model 92FS, 9mm caliber pistol, bearing serial number BER312896;
2. a Hi-Point (Haskell MFG), model JHP, .45 caliber pistol, bearing serial number X4175895;
3. a Star Arms, model SA, 9mm caliber pistol, bearing serial number 04472;
4. 892 rounds of CCI 9mm ammunition
5. 124 rounds of assorted unknown manufacturer and unknown caliber ammunition
6. 17 rounds of unknown manufacturer .45 caliber ammunition
7. 6 rounds of unknown manufacturer 9mm caliber ammunition

By virtue of the commission of the offense(s) alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. §§ 924(d), 3665, and 28 U.S.C. § 2461(c).

A TRUE BILL,

_3/17/21_
Date

_MCF_
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
ACTING U.S. ATTORNEY

LUCAS MACHICEK
ASSISTANT U.S. ATTORNEY

Indictment - Page 3 of 4

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR 17 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:21-CR-_14_ |
| V. | § | JUDGES _Kernodle / Love_ |
| | § | |
| AARON NASHAUN WILLIAMS | § | |

## NOTICE OF PENALTY

## COUNTS ONE AND TWO

Violations:                18 U.S.C. §§ 922(a)(6) and 924(a)(2)
                           18 U.S.C. § 922(g)(9)

Penalty:                   Imprisonment for not more than 10 years, a fine not
                           to exceed $250,000, or both, and supervised release of
                           not more than 3 years.

Special Assessment:        $100.00